IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OSSIE BRADLEY,<br><br>　　　　　　Defendant. | 4:21-CR-3135<br><br>ORDER |

　　　This matter is before the Court on the defendant's objection (filing 37) to the Magistrate Judge's findings and recommendation (filing 29) recommending that the defendant's motion to suppress (filing 16) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The Magistrate Judge's findings and recommendation (filing 29) are adopted.

　　　2.　　The defendant's objection (filing 37) is overruled.

　　　3.　　The defendant's motion to suppress (filing 16) is denied.

　　　Dated this 6th day of July, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge