IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>OSSIE BRADLEY,<br><br>                    Defendant. | **4:21CR3135**<br><br>**ORDER** |

    Upon consideration of the evidence and filings before the court, Defendant is released subject to the same terms and conditions of release previously imposed plus the following additional conditions:

    a.    Defendant shall obtain a substance abuse treatment evaluation within 15 days; participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; and pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer. Copies of the evaluator's reports and recommendations shall be given to all counsel and the court.

    b.    Defendant shall attend all court hearings in Minnesota regarding the new law violation.

    c.    Defendant shall appear at his change of plea hearing in the instant case scheduled for January 4, 2023 at 1:30 p.m. before Magistrate Judge Cheryl R. Zwart.

November 4, 2022.

                                                                      BY THE COURT:

                                                                    *s/ Cheryl R. Zwart*
                                                                    United States Magistrate Judge